IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BLUM,

      Plaintiff,                              No. CIV S-06-2607 EFB

     vs.

MICHAEL J. ASTRUE,                <u>ORDER TO SHOW CAUSE</u>
Commissioner of Social
Security,[1]

      Defendant.

_____/

      Plaintiff filed his complaint on November 20, 2006. Service was executed upon defendant and, on March 13, 2007, defendant filed with this court, and served upon plaintiff by mail, his answer and the administrative transcript.

      Pursuant to this court's Scheduling Order (and allowing three days for service by mail, Fed. R. Civ. P. 6(e)), plaintiff was required to file a motion for summary judgment and/or remand by April 30, 2007 (45 days after service of the answer and administrative transcript). Plaintiff has done neither.

---

[1] On February 12, 2007, Michael J. Astrue was sworn in as Commissioner of Social Security, replacing Jo Anne B. Barnhart, the original defendant herein. Pursuant to 42 U.S.C. § 405(g) and Fed. R. Civ. P. 25(d)(1), Michael J. Astrue is substituted as the defendant in this action.

1

1     ACCORDINGLY, plaintiff is ordered to show cause in writing within twenty days of the
2 filed date of this order why this case should not be dismissed for lack of prosecution.
3 Failure to *timely* show cause will result in dismissal.
4 DATED: June 7, 2007.

                               EDMUND F. BRENNAN
                               UNITED STATES MAGISTRATE JUDGE