1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8  **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9  —o0o—

10 ROBERT BLUM,                              CASE NO. 2:06-CV-2607-EFB

11              Plaintiff,                   **ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO**
12 vs.                                       **DEFENDANT'S ANSWER**

13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
14
                Defendant.
15 _____/

16     Pursuant to the stipulation of the parties showing good cause for a requested first

17 extension of time to respond to defendant's answer, the June 8, 2007, order to show cause

18 directed at plaintiff is discharged, and plaintiff's request for additional time is hereby

19 APPROVED.

20     Plaintiff shall file his response on or before June 29, 2007.

21     SO ORDERED.

22 DATED: June 27, 2007.

23                                          /s/ Edmund F. Brennan
                                            EDMUND F. BRENNAN
24                                          UNITED STATES MAGISTRATE JUDGE

25

26

27

28