1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| ROBERT BLUM, | CASE NO. 2:06-CV-2607-EFB |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his response on or before September 3, 2007.

SO ORDERED.

DATED: August 14, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

STIPULATION AND ORDER  EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT